NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**D THREE ENTERPRISES, LLC,**
*Plaintiff-Appellant*

v.

**SUNMODO CORPORATION,**
*Defendant-Appellee*

───────────────

2017-1909

───────────────

Appeal from the United States District Court for the District of Colorado in No. 1:15-cv-01151-CBS, Magistrate Judge Craig B. Shaffer.

-------------------------------------------------------------------------------

**D THREE ENTERPRISES, LLC,**
*Plaintiff-Appellant*

v.

**RILLITO RIVER SOLAR LLC, dba Ecofasten Solar,**
*Defendant-Appellee*

───────────────

2017-1910

───────────────

Appeal from the United States District Court for the District of Colorado in No. 1:15-cv-01148-CBS, Magistrate Judge Craig B. Shaffer.

---

### O R D E R

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus Appellant should file one set of briefs for the two appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than June 12, 2017.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26